UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Paul Martinka,

        Plaintiff,

        v.                Case No: 9:25-cv-80436-DMM

Not The Bee, LLC,

        Defendant.

_____/

## NOTICE OF SETTLEMENT

Now comes the Plaintiff PAUL MARTINKA by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiff has received the consideration required pursuant to the Agreement, the parties will submit a Notice of Voluntary Dismissal *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

3. We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is executed and that the settlement funds have cleared.

DATED: April 29, 2025

                                    **SANDERS LAW GROUP**

                                    By:   */s/ Marian V. Quintero*

Marian V. Quintero, Esq.
Florida Bar No. 1040194
Email: mquintero@sanderslaw.group
Craig Sanders, Esq.
Florida Bar No. 985786
Email: csanders@sanderslaw.group
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600

*Attorneys for Plaintiff*